# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEG GUREVICH,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-02660-AB-JC<br><br>**[PROPOSED]** **ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>State Court Complaint Filed: March 10, 2023 |

　　　The Court, having reviewed the parties' Stipulation, hereby **ORDERS** the above-captioned action **DISMISSED with prejudice**. Each party will bear its own fees and costs.

　　　**IT IS SO ORDERED.**

Dated:  January 25, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE